IN RE WILL OF ALONZO CHERRY.

(Filed 17 September, 1913.)

APPEAL from *Whedbee, J.,* at May Term, 1913, of BEAUFORT.

Issue of *devisavit vel non* tried before his Honor, Judge Whedbee, and a jury, at the May Term, 1913, of Beaufort Superior Court, upon a *çaveat* filed by V. R. Cherry and others.

This issue was submitted:

"Is the paper-writing propounded for probate, or any part thereof, and if so, what part, the last will and testament of Alonzo Cherry, deceased?"    Answer: "Yes; as a whole."

The caveators appealed.

*Ward & Grimes for propounders.*
*Small, McLean & Bryan for caveators.*

PER CURIAM.    We have examined the record and the four assignments of error, and are unable to find any error which necessitates another trial.

The case was made to turn upon the due execution of the will and the mental capacity of the testator.    In his rulings his Honor followed the well settled decisions of this Court.

No error.